UNITED STATES of America,
Plaintiff–Appellee,

v.

Anthony L. OLVIS, a/k/a Tony,
Defendant–Appellant.

No. 15–6195.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 25, 2015.

Decided: June 29, 2015.

Anthony L. Olvis, Appellant Pro Se. Robert Edward Bradenham, II, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony L. Olvis appeals the district court's orders sua sponte granting Olvis a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2) (2012),* and denying as unauthorized Olvis' motion for reconsideration of that order. We have reviewed the record and find no reversible error. Further, the district court properly recognized that it lacked the authority to entertain a motion for reconsideration in a § 3582(c)(2)

* Although the district court granted Olvis a two-level reduction pursuant to Guidelines

proceeding. *See United States v. Goodwyn,* 596 F.3d 233, 235–36 (4th Cir. 2010). We therefore affirm the orders for the reasons stated by the district court. *See United States v. Olvis,* No. 4:95–cr–00038–RGD–1 (E.D Va. filed Dec. 9, 2014 & entered Dec. 10, 2014; filed Jan. 21, 2015 & entered Jan. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

Amendment 782, the court declined to further reduce Olvis' sentence.